JODI LINKER
Federal Public Defender
KARTHIK RAJU
Assistant Federal Public Defender
450 Golden Gate Ave., FL. 19
San Francisco, CA 94102
Telephone: (415) 517-7716
Karthik_Raju@fd.org

Counsel for Defendant MEDINA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff

v.

ANDERSON JOSUE MEDINA

    Defendant.

No. 25-CR-00309 CRB
No. 23-CR-00247 CRB

STIPULATION AND [PROPOSED] ORDER VACATING THE STATUS HEARING AND SETTING A CHANGE OF PLEA HEARING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT

| | |
|---|---|
| **Court:** | Courtroom 6, 16th Floor |
| **Current Hearing:** | February 11, 2026 |
| **Proposed Continuance:** | February 18, 2026 |

IT IS HEREBY STIPULATED by the parties to this action that the status hearing currently set for February 11, 2026, be vacated and a change of plea hearing scheduled for February 18, 2026.

For these reasons, the parties stipulate and agree that excluding time from February 11, 2026, through February 18, 2026, will allow for the effective preparation of counsel, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from February 11, 2026,

Stipulation and [Proposed] Order to Continue and Exclude Time
*U.S. v. Medina*, 25-mj-70666 MAG

through February 18, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

DATED: February 3, 2026                                  /S/

KARTHIK RAJU
Assistant Federal Public Defender

DATED: February 3, 2026                                  /S/

SARA E. HENDERSON
Assistant United States Attorney

### [~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED that the status hearing currently set for February 11, 2026 is vacated and reset to a change of plea hearing on February 18, 2026.  Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that failing to exclude the time from February 11, 2026 through February 18, 2026 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).

The Court further finds that the ends of justice served by excluding the time from February 11, 2026 through February 18, 2026 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from February 11, 2026 through February 18, 2026 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: February 9, 2026



HON.
UNI...                                              ...JDGE

Stipulation and [~~Proposed~~] Order to Continue and Exclude Time
*U.S. v. Medina*, 25-mj-70666 MAG