JODI LINKER
Federal Public Defender
KARTHIK RAJU
Assistant Federal Public Defender
450 Golden Gate Ave., FL. 19
San Francisco, CA 94102
Telephone: (415) 517-7716
Karthik_Raju@fd.org

Counsel for Defendant MEDINA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>v.<br><br>ANDERSON JOSUE MEDINA<br><br>    Defendant. | CASE NO: 25-CR-00309 CRB<br>             23-CR-00247 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING THE STATUS HEARING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**<br><br>**Court:**     Courtroom 6, 17th Floor<br>**Current Hearing:**     February 18. 2026<br>**Proposed Continuance:**     April 6, 2026 |

IT IS HEREBY STIPULATED by the parties to this action that the status hearing currently set for February 18, 2026, be continued to April 6, 2026. Counsel for the defendant and government continue to work towards resolution of this matter, and the defense continues to investigate. Additionally, the defendant is scheduled to appear before District Judge Breyer on April 6, 2026 in the matter Case No. 23-CR-00247-CRB.

For these reasons, the parties stipulate and agree that excluding time from February 18. 2026, through April 6, 2026, will allow for the effective preparation of counsel, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further

stipulate and agree that the ends of justice served by excluding the time from February 18. 2026,

through April 6, 2026, from computation under the Speedy Trial Act outweigh the best interests

of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).


DATED: February 17, 2026                    ____/S/_____
                                            KARTHIK RAJU
                                            Assistant Federal Public Defender

DATED: February 17, 2026

                                            ____/S/_____
                                            SARA E. HENDERSON
                                            Assistant United States Attorney


**[~~PROPOSED~~] ORDER**

IT IS HEREBY ORDERED that the status hearing currently set for February 18, 2026,

be vacated, and reset to a status hearing on April 6, 2026.  Based upon the facts set forth in the

stipulation of the parties and for good cause shown, the Court finds that failing to exclude the

time from February 18, 2026 through April 6, 2026 would unreasonably deny defense counsel

and the defendant the reasonable time necessary for effective preparation, taking into account

the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).

The Court further finds that the ends of justice served by excluding the time from

February 18, 2026 through April 6, 2026 from computation under the Speedy Trial Act

outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, and with

the consent of the parties, IT IS HEREBY ORDERED that the time from February 18, 2026

through April 6, 2026 shall be excluded from computation under the Speedy Trial Act. 18

U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: February 18, 2026

_____
HON. CHARLES R. BREYER
Senior United States District Judge

Stipulation and [Proposed] Order to Continue and Exclude Time
*U.S. v. Medina*